UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 20-7806-ODW (JPRx)**                                        Date: **April 6, 2022**
Title:  **Cal. Capital Ins. et al. v. Enstar US Inc. et al.**
================================================================

**DOCKET ENTRY: Order to Defendants to Show Cause Why They Should Not Be Sanctioned**

================================================================

PRESENT:

HON. **JEAN P. ROSENBLUTH**, U.S. MAGISTRATE JUDGE

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                                                                  None present

**PROCEEDINGS: (IN CHAMBERS)**

On March 31, 2022, the Court held a hearing on Plaintiffs' motion to compel certain discovery. Defendants were represented by two counsel who were not on the docket and had not yet made an appearance. The Court ordered them to file a notice of appearance or pro hac vice application that day, "immediately." To date neither has done so.

No later than seven days from the date of this Order, Defendants must show cause in writing why they should not be sanctioned $750 for failing to obey a Court order. If counsel Jonathan Henry and Shawn Kelly each file a notice of appearance or pro hac vice application within that same time frame, this OSC will automatically be discharged.

MINUTES FORM 11                                                                 Initials of Deputy Clerk:bm
CIVIL-GEN